**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,**

      **Plaintiff,**

      **vs.**                                       **Cause No. 06-CV-146 DRH**

**JPK EXCAVATING, INC.,**

      **Defendant**.

**JUDGMENT IN A CIVIL CASE**

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

                                                                             **NORBERT G. JAWORSKI, CLERK**

March 12, 2007                                          By:   s/Patricia Brown
                                                                        Deputy Clerk

APPROVED: /s/    David   RHerndon
                       **U.S. DISTRICT JUDGE**